# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nina Avakian, | No. CV-26-00104-PHX-SHD (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher Howard, et al., | |
| Respondents. | |

Petitioner filed a Petition for Writ of Habeas Corpus under § 2241 challenging her immigration detention. (Doc. 1.) The Court will require an answer to the Petition.

Petitioner alleges she applied for admission to the United States on or about December 16, 2024. (Doc. 1 ¶ 11.) DHS detained Petitioner and she was placed in removal proceedings. (*Id.*) On December 19, 2025, Petitioner's application for asylum was denied but she was granted withholding of removal to Russia and Azerbaijan. (Doc. 1, Ex. C.) Petitioner appealed the denial of her asylum claim; that appeal remains pending. (Doc. 1 ¶ 12.) Petitioner claims her prolonged detention for more than twelve months without an individualized determination violates her due process rights under the Fifth Amendment and *Zadvydas v. Davis*, 533 U.S. 678 (2001). The Court will require Respondents to answer the Petition.

**IT IS THEREFORE ORDERED:**

(1) Counsel for Petitioner must immediately serve the Petition upon Respondents.

1        (2)    If not already issued, the Clerk's Office must issue any properly completed summonses.

2        (3)    The Clerk of Court must also immediately transmit by email a copy of this Order and a copy of the Petition (Doc. 1) to the United States Attorney for the District of Arizona, to the attention of Katherine Branch at katherine.branch@usdoj.gov, Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, and Theo Nickerson at theo.nickerson2@usdoj.gov.

3        (4)    Respondents must answer the Petition within 20 days of the date of service. Petitioner may file a reply within 15 days from the date of service of the answer.

4        (5)    This matter is referred to Magistrate Judge Camille D. Bibles pursuant to Rules 72.1 and 72.2 of the Local Rules of Civil Procedure for further proceedings and a report and recommendation.

Dated this 14th day of January, 2026.

Honorable Sharad H. Desai
United States District Judge

- 2 -