**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Nina Avakian, | No. CV 26-00104 PHX SHD (CDB) |
| Petitioner, | **ORDER** |
| v. | |
| Christopher Howard, et al., | |
| Respondents. | |

**IT IS ORDERED that** the Order at ECF No. 9 is **vacated**.

Dated this 10th day of February, 2026.

_____
Camille D. Bibles
United States Magistrate Judge